**MARTIN D. SINGER (BAR NO. 78166)**
mdsinger@lavelysinger.com
**DAVID B. JONELIS (BAR NO. 265235)**
djonelis@lavelysinger.com
**LINDSAY D. MOLNAR (BAR NO. 275156)**
lmolnar@lavelysinger.com
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Plaintiff GRUMPY CAT LIMITED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GRUMPY CAT LIMITED, an Ohio Limited Liability Entity,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GRENADE BEVERAGE LLC, a California Limited Liability Company; PAUL SANDFORD, an individual; NICK SANDFORD, an individual; and DOES 1-50,<br><br>　　　　　Defendants.<br>_____ | Case No.: 15-cv-02063<br><br>**NOTICE OF APPEARANCE OF MARTIN D. SINGER AND DAVID B. JONELIS ON BEHALF OF PLAINTIFF GRUMPY CAT LIMITED** |

---
NOTICE OF APPEARANCE

1  TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE THAT Martin D. Singer and David B. Jonelis hereby appear as counsel for Plaintiff GRUMPY CAT LIMITED.  All pleadings and papers served electronically in this action via ECF shall also be sent to djonelis@lavelysinger.com.

Dated: December 11, 2015

LAVELY & SINGER
PROFESSIONAL CORPORATION
MARTIN D. SINGER
DAVID B. JONELIS
LINDSAY D. MOLNAR


By:   ___/s/ Lindsay D. Molnar_____
         LINDSAY D. MOLNAR

        Attorneys for Plaintiff GRUMPY CAT LIMITED

1

---

NOTICE OF APPEARANCE