1 | **MARTIN D. SINGER (BAR NO. 78166)**
mdsinger@lavelysinger.com
2 | **DAVID B. JONELIS (BAR NO. 265235)**
djonelis@lavelysinger.com
3 |
4 | **LINDSAY D. MOLNAR (BAR NO. 275156)**
lmolnar@lavelysinger.com
5 | **LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
6 | 2049 Century Park East, Suite 2400
7 | Los Angeles, California  90067-2906
Telephone:  (310) 556-3501
8 | Facsimile:  (310) 556-3615

Attorneys for Plaintiff GRUMPY CAT LIMITED

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| GRUMPY CAT LIMITED, an Ohio Limited Liability Entity, | Case No.:  15-cv-02063 |
| Plaintiff, | **NOTICE OF INTERESTED PARTIES** |
| v. | |
| GRENADE BEVERAGE LLC, a California Limited Liability Company; PAUL SANDFORD, an individual; NICK SANDFORD, an individual; and DOES 1-50, | |
| Defendants. | |

_____
NOTICE OF INTERESTED PARTIES

**TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES HEREIN:**

The undersigned, counsel of record for Plaintiff Grumpy Cat Limited, certifies that the following listed parties or persons may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. Those parties or persons are:

1. Grumpy Cat Limited: Plaintiff
2. Bryan Bundesen: Plaintiff
3. Tabatha Bundesen: Plaintiff
4. Paul Sandford: Defendant
5. Nick Sandford: Defendant
6. Grenade Beverage LLC: Defendant

Dated: December 11, 2015

LAVELY & SINGER
PROFESSIONAL CORPORATION
MARTIN D. SINGER
DAVID B. JONELIS
LINDSAY D. MOLNAR

By: ___/s/ David B. Jonelis_____
     DAVID B. JONELIS

Attorneys for Plaintiff GRUMPY CAT LIMITED