## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRUMPY CAT LIMITED <br><br> PLAINTIFF(S) <br><br> v. <br><br> GRENADE BEVERAGE LLC , et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 8:15–cv–02063–DOC–DFM <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

   12/11/2015            5           Summons Request

Date Filed         Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

The following error(s) was found: The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write see attached. Next, attach a face page of the complaint or a second page addendum to the Summons. The space below the caption entitled. To: Defendant(s), must contain the names of all defendants or be left blank. The court does not issue single summonses to individual defendants. The summons cannot be issued until these defects have been corrected. Please correct the defects and re–file your request.

Clerk, U.S. District Court

Dated: December 14, 2015     By: /s/ *Jeannine Tillman*
                                    Deputy Clerk