Brian P. Kinder (212332)
THE KINDER LAW GROUP, APC
19200 Von Karman Avenue, Fourth Floor
Irvine, California 92612
Phone: (949) 216-3070; Fax: (949) 216-3074
Email: bkinder@tklglaw.com

JOHN J. GULINO (160189)
GULINO LAW OFFICE
2107 North Broadway, Suite 309
Santa Ana, California 92706
Phone: (714) 541-6900; Fax: (714) 242-9042
Email: GulinoLawOffice@aol.com

Attorneys for Paul Sandford,
Nick Sandford, and Grumpy Beverage, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Grumpy Cat LIMITED, an Ohio Limited Liability Entity,<br><br>    Plaintiff,<br><br>vs.<br><br>GRENADE BEVERAGE LLC, a California Limited Liability Company; PAUL SANDFORD, an individual; NICK SANDFORD, an individual; and DOES 1-50,<br><br>    Defendants. | Case No: 8:15-cv-02063-DOC-DFM<br><br>JOINT REPORT TO COURT RE MEDIATOR SELECTION<br><br>Complaint Filed:  Dec. 11, 2015<br>Trial Date:        Jan. 16, 2018 |
| PAUL SANDFORD, an individual; NICK SANDFORD, an individual; and GRUMPY BEVERAGE, LLC, a Texas Limited Liability Company,<br><br>    Counterclaimants,<br><br>vs.<br><br>GRUMPY CAT LIMITED, an Ohio Limited Liability Entity; and ROES 1-5,<br><br>    Counterdefendants. | |

1  Plaintiff GRUMPY CAT LTD. and Defendants PAUL SANDFORD, NICK
2  SANDFORD and GRUMPY BEVERAGE, LLC (collectively "the Parties"), hereby
3  provide the following report to the Court pursuant to the Minutes of the Status
4  Conference held on October 14, 2017. The Parties report the selection of Mediator
5  Hon. Tully Seymour (Ret.) of ADR Services, Inc. in the above-captioned case with
6  mediation to take place on October 27, 2017.

                                   Respectfully submitted,

Dated: October 17, 2017            THE KINDER LAW GROUP, APC


                                   By:   //s/
                                         Brian P. Kinder, Esq.
                                         State Bar No. 212332
                                         19200 Von Karman Avenue
                                         Fourth Floor
                                         Irvine, California 92612
                                         Phone: (949) 216-3070
                                         Fax: (949) 216-3074
                                         Email: bkinder@tklglaw.com


                                   IN ASSOCIATION WITH:

                                   GULINO LAW OFFICE

                                   By:   //s/
                                         John Gulino
                                         State Bar No. 160189
                                         2107 North Broadway, Suite 309
                                         Santa Ana, California 92706
                                         Phone: (714) 541-6900
                                         Fax: (714) 242-9042
                                         Email: GulinoLawOffice@aol.com

                                         Attorneys for PAUL SANDFORD,
                                         NICK SANDFORD and GRUMPY
                                         BEVERAGE, LLC

| | | |
|---|---|---|
| 1 | Dated: October 17, 2017 | LAVELY & SINGER |
| 2 | | |
| 3 | | |
| 4 | | By:   //s// |
| 5 | | David B. Jonelis, Esq. |
| | | State Bar No. 265235 |
| 6 | | 2049 Century Park East, Suite 2400 |
| | | Los Angeles, California 90067 |
| 7 | | Telephone: (310) 556-3501 |
| | | Facsimile: (310) 556-3615 |
| 8 | | Email: djonelis@lavelysinger.com |
| 9 | | Attorneys for GRUMPY CAT LIMITED |

JOINT REPORT TO COURT RE MEDIATOR SELECTION
Case No. 8:15-cv-02063-DOC-DFM

2