| | |
|---|---|
| 1 | **DAVID B. JONELIS (BAR NO. 265235)** |
| 2 | djonelis@lavelysinger.com<br>**LAVELY & SINGER** |
| 3 | **PROFESSIONAL CORPORATION**<br>2049 Century Park East, Suite 2400 |
| 4 | Los Angeles, California  90067-2906<br>Telephone:  (310) 556-3501 |
| 5 | Facsimile:  (310) 556-3615 |
| 6 | |
| 7 | Attorneys for Plaintiff and Counterdefendant<br>GRUMPY CAT LIMITED |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | | |
|---|---|---|
| 10 | GRUMPY CAT LIMITED, an Ohio Limited Liability Entity, | Case No:  8:15-cv-02063-DOC-DFM |
| 11 | | **NOTICE OF LODGING OF PARTIES' FINAL PRETRIAL CONFERENCE ORDER (L.R. 16-7)** |
| 12 | Plaintiff, | |
| 13 | vs. | |
| 14 | GRENADE BEVERAGE LLC, a California Limited Liability Company; PAUL SANDFORD, an individual; NICK SANDFORD, an individual; and DOES 1-50, | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |
| 19 | PAUL SANDFORD, an individual; NICK SANDFORD, an individual; and GRUMPY BEVERAGE, LLC, a Texas Limited Liability Company, | Case filed: December 11, 2015<br>FPTC: December 18, 2017 8:30am<br>Trial date: January 16, 2018<br>Judge: Hon. David O. Carter |
| 20 | | |
| 21 | | |
| 22 | Counterclaimants, | |
| 23 | vs. | |
| 24 | GRUMPY CAT LIMITED, an Ohio Limited Liability Entity; and ROES 1-5, | |
| 25 | | |
| 26 | Counterdefendants. | |
| 27 | | |
| 28 | | |

**NOTICE OF LODGING OF FINAL PRETRIAL CONFERENCE ORDER**

K:\5875-2\PLE

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

 **PLEASE TAKE NOTICE** that, pursuant to Local Rule 16-4, Plaintiff GRUMPY CAT LIMITED hereby lodges the Parties' Final Pretrial Conference Order.

Respectfully submitted,

Dated: December 4, 2017

LAVELY & SINGER

By:   /s/ David B. Jonelis
David B. Jonelis, Esq.
State Bar No. 265235
2049 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
Email: djonelis@lavelysinger.com

Attorneys for Plaintiff and Counterdefendant GRUMPY CAT LIMITED