UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Case No. | SACV15-02063-DOC (DFMx) | Date | 01/09/2018 |
|---|---|---|---|
| Title | Grumpy Cat Limited v. Grenade Beverage LLC | | |

| Present: The Honorable | Douglas F. McCormick | |
|---|---|---|
| Denise Vo | n/a | CS 01/09/18 |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiffs:

Kia Kamran
David B. Jonelis

Attorney Present for Defendants:

Brian P. Kinder

**Proceedings:**     (In Court) Settlement Conference

    Pursuant to Local Rule 16-14, the parties met this date for a mandatory settlement conference.  The parties were unable to reach an agreement on disposition of the case.  The parties are encouraged to continue their settlement discussions.  Should there be a need for additional court assistance, the parties may contact the Courtroom Deputy Clerk to schedule a further settlement conference.

7 : 15

Initials of Clerk     dv