1  Brian P. Kinder (212332)
   THE KINDER LAW GROUP, APC
2  19200 Von Karman Avenue, Fourth Floor
   Irvine, California 92612
3  Phone: (949) 216-3070; Fax: (949) 216-3074
   Email: bkinder@tklglaw.com

4  JOHN J. GULINO (160189)
   GULINO LAW OFFICE
5  2107 North Broadway, Suite 306
   Santa Ana, California 92706
6  Phone: (714) 745-1327; Fax: (714) 242-9042
   Email: GulinoLawOffice@aol.com
7
8  Attorneys for Counterclaimants Paul Sandford,
   Nick Sandford, and Grumpy Beverage, LLC

9
                UNITED STATES DISTRICT COURT
10
                CENTRAL DISTRICT OF CALIFORNIA
11
                WESTERN DIVISION – SPRING
12

13  Grumpy Cat LIMITED, an Ohio          )  Case No: 8:15-cv-02063-DOC-DFM
    Limited Liability Entity,            )
14                                       )
              Plaintiff,                 )  **DEFENDANTS' PROPOSED**
15                                       )  **SPECIAL VERDICT FORMS**
         vs.                             )
16                                       )
    GRENADE BEVERAGE LLC, a              )  Case filed:   December 11, 2015
17  California Limited Liability Company; )  Trial date:   January 16, 2018
    PAUL SANDFORD, an individual;        )  Place:        Courtroom 9D
18  NICK SANDFORD, an individual; and    )  Judge:        Hon. David O. Carter
    DOES 1-50,                           )
19                                       )
              Defendants.                )
20                                       )
                                         )
21  PAUL SANDFORD, an individual;        )
    NICK SANDFORD, an individual; and    )
22  GRUMPY BEVERAGE, LLC, a Texas        )
    Limited Liability Company,           )
23                                       )
              Counterclaimants,          )
24                                       )
         vs.                             )
25                                       )
    GRUMPY CAT LIMITED, an Ohio          )
26  Limited Liability Entity; and ROES 1-5, )
                                         )
27            Counterdefendants.         )
                                         )
28

**Special Verdict Form No. ___:**

(A) **Given as proposed** _____
(B) **Given as modified** _____
(C) **Refused** _____
(D) **Withdrawn** _____

**Authority: CACI VF-300**

**SPECIAL VERDICT FORM NO. _**

**BREACH OF CONTRACT**

**GRUMPY BEVERAGE, LLC VERSUS GRUMPY CAT LIMITED**

We, the jury in the above-entitled action, answer the questions submitted to us as follows:

1. **Did Grumpy Cat and Grenade Beverage enter into a contract that was intended to benefit Grumpy Beverage?**

   _____YES          _____NO

   - If your answer to question 1 is YES, then answer question 2.
   - If your answer to question 1 is NO, then stop here, answer no further questions, and have the presiding juror sign and date this form.

2. **Did Grumpy Beverage do all, or substantially all, of the significant things that the contract required Grumpy Beverage to do?**

   _____YES          _____NO

   - If your answer to question 2 is YES, then skip question 3 and answer question 4.
   - If your answer to question 2 is NO, then answer question 3.



3.     **Was Grumpy Beverage excused from having to do all, or substantially all, of the significant things that the contract required Grumpy Beverage to do?**

_____YES            _____NO

- If your answer to question 3 is YES, then answer question 4.
- If your answer to question 3 is NO, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

4.     **Did all the conditions that were required for Grumpy Cat's performance occur?**

_____YES            _____NO

- If your answer to question 4 is YES, then answer question 5.
- If your answer to question 4 is NO, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

5.     **Did Grumpy Cat fail to do something that the contract required Grumpy Cat to do?**

- OR –

**Did Grumpy Cat do something that the contract prohibited Grumpy Cat from doing?**

_____YES            _____NO

- If your answer to either option for question 5 is YES, then answer question 6.
- If you answered NO to both options for question 5, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.



1

2     **6.**     **Was Grumpy Beverage harmed by Grumpy Cat's breach of contract?**

3         _____YES         _____NO

4       • If your answer to question 6 is YES, then answer question 7.

5       • If your answer to question 6 is NO, then stop here, answer no further

6           questions on this form, and have the presiding juror sign and date this

7           form.

8

9     **7.**     **What are Grumpy Beverage's damages?**

10

11             TOTAL:     $_____

12

13 Signed: _____
             Presiding Juror

14

15 Dated:   _____

16

17

18 After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.

19

20

21

22

23

24

25

26

27

28



**Special Verdict Form No. _:**

(A)  **Given as proposed**  _____
(B)  **Given as modified**  _____
(C)  **Refused**  _____
(D)  **Withdrawn**  _____

**Authority: CACI VF-304**

**SPECIAL VERDICT FORM NO. _**

**BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING**

**GRUMPY BEVERAGE, LLC VERSUS GRUMPY CAT LIMITED**

We, the jury in the above-entitled action, answer the questions submitted to us as follows:

1.  **Did Grumpy Cat and Grenade Beverage enter into a contract that was intended to benefit Grumpy Beverage?**

    _____YES          _____NO

    - If your answer to question 1 is YES, then answer question 2.
    - If your answer to question 1 is NO, then stop here, answer no further questions, and have the presiding juror sign and date this form.

2.  **Did Grumpy Beverage do all, or substantially all, of the significant things that the contract required Grumpy Beverage to do?**

    _____YES          _____NO

    - If your answer to question 2 is YES, then skip question 3 and answer question 4.
    - If your answer to question 2 is NO, then answer question 3.



DEFENDANT'S PROPOSED VERDICT FORMS
Case No. 8:15-cv-02063-DOC-DFM

**3.** **Was Grumpy Beverage excused from having to do all, or substantially all, of the significant things that the contract required Grumpy Beverage to do?**

_____YES          _____NO

- If your answer to question 3 is YES, then answer question 4.
- If your answer to question 3 is NO, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

**4.** **Did all the conditions that were required for Grumpy Cat's performance occur?**

_____YES          _____NO

- If your answer to question 4 is YES, then answer question 5.
- If your answer to question 4 is NO, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

**5.** **Was Grumpy Cat excused from having to do all, or substantially all, of the significant things that the contract required Grumpy Cat to do?**

_____YES          _____NO

- If your answer to question 5 is YES, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.
- If your answer to question 5 is NO, then answer question 6.

**6.** **Did Grumpy Cat unfairly interfere with Grumpy Beverage's right to receive the benefits of the contract?**

_____YES          _____NO



DEFENDANT'S PROPOSED VERDICT FORMS
Case No. 8:15-cv-02063-DOC-DFM

- 5 –

- If your answer to question 6 is YES, then answer question 7.
- If your answer to question 6 is NO, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

**7.    Was Grumpy Beverage harmed by Grumpy Cat's interference?**

    _____YES          _____NO

- If your answer to question 7 is YES, then answer question 8.
- If your answer to question 7 is NO, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

**8.    What are Grumpy Beverage's damages?**

                    TOTAL:      $_____

Signed: _____
            Presiding Juror

Dated:   _____

After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.



**Special Verdict Form No. _:**

| | | |
|---|---|---|
| (E) | **Given as proposed** | _____ |
| (F) | **Given as modified** | _____ |
| (G) | **Refused** | _____ |
| (H) | **Withdrawn** | _____ |

**Authority: CACI VF-1900**

**SPECIAL VERDICT FORM NO. _**

**INTENTIONAL MISREPRESENTATION**

**GRUMPY BEVERAGE, LLC VERSUS GRUMPY CAT LIMITED**

We, the jury in the above-entitled action, answer the questions submitted to us as follows:

1. **Did Grumpy Cat make a false representation of a fact to Paul Sandford and/or Nick Sandford?**

   _____YES          _____NO

   - If your answer to question 1 is YES, then answer question 2.
   - If your answer to question 1 is NO, then stop here, answer no further questions, and have the presiding juror sign and date this form.

2. **Did Grumpy Cat know that the representation was false, or did Grumpy Cat make the representation recklessly and without regard for its truth?**

   _____YES          _____NO

   - If your answer to question 2 is YES, then answer question 3.
   - If your answer to question 1 is NO, then stop here, answer no further questions, and have the presiding juror sign and date this form.



**3.**   **Did Grumpy Cat intend that Paul Sandford and/or Nick Sandford rely on the representation?**

_____YES            _____NO

- If your answer to question 3 is YES, then answer question 4.
- If your answer to question 3 is NO, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

**4.**   **Did Paul Sandford and/or Nick Sandford reasonably rely on the representation in forming Grumpy Beverage?**

_____YES            _____NO

- If your answer to question 4 is YES, then answer question 5.
- If your answer to question 4 is NO, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

**5.**   **Was Paul Sandford's and/or Nick Sandford's reliance on Grumpy Cat's representation a substantial factor in causing harm to Grumpy Beverage?**

_____YES            _____NO

- If your answer to question 5 is YES, then answer question 6.
- If your answer to question 5 is NO, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.



**6.      What are Grumpy Beverage's damages?**

   **a.      Past economic loss:**

      **Lost earnings:**      $_____

      **Lost profits:**      $_____


      **Total Past Economic Damages:**      $_____


   **b.      Future economic loss:**

      **Lost earnings:**      $_____

      **Lost profits:**      $_____


      **Total Past Economic Damages:**      $_____


      **TOTAL:**      $_____


Signed: _____
            Presiding Juror

Dated:   _____

After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.



**Special Verdict Form No. _:**

| | | |
|---|---|---|
| (I) | **Given as proposed** | _____ |
| (J) | **Given as modified** | _____ |
| (K) | **Refused** | _____ |
| (L) | **Withdrawn** | _____ |

**Authority: CACI VF-1901**

**SPECIAL VERDICT FORM NO. _**

**INTENTIONAL CONCEALMENT**

**GRUMPY BEVERAGE, LLC VERSUS GRUMPY CAT LIMITED**

We, the jury in the above-entitled action, answer the questions submitted to us as follows:

1. **Did Grumpy Cat intentionally fail to disclose a fact that Paul Sandford and Nick Sandford did not know and could not reasonably have discovered?**

   _____YES          _____NO

   - If your answer to question 1 is YES, then answer question 2.
   - If your answer to question 1 is NO, then stop here, answer no further questions, and have the presiding juror sign and date this form.

2. **Did Grumpy Cat intend to deceive Paul Sandford and Nick Sandford by concealing the fact?**

   _____YES          _____NO

   - If your answer to question 2 is YES, then answer question 3.
   - If your answer to question 1 is NO, then stop here, answer no further questions, and have the presiding juror sign and date this form.



**3.**   **Had the omitted information been disclosed, would Paul Sandford and Nick Sandford reasonably have behaved differently, including, not forming Grumpy Beverage?**

_____YES            _____NO

- If your answer to question 3 is YES, then answer question 4.
- If your answer to question 3 is NO, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

**4.**   **Was Grumpy Cat's concealment a substantial factor in causing harm to Grumpy Beverage?**

_____YES            _____NO

- If your answer to question 4 is YES, then answer question 5.
- If your answer to question 4 is NO, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

**5.**   **What are Grumpy Beverage's damages?**

**a.**   **Past economic loss:**

**Lost earnings:**        $_____

**Lost profits:**        $_____

**Total Past Economic Damages:**        $_____

**b.**   **Future economic loss:**

**Lost earnings:**        $_____

**Lost profits:**        $_____



1    **Total Past Economic Damages:**        $_____

2

3        **TOTAL:**                          $_____

4

5     Signed: _____

6              Presiding Juror

7     Dated: _____

8
  After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you
9  are ready to present your verdict in the courtroom.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**Special Verdict Form No. _:**

   (M)    **Given as proposed**    _____
   (N)    **Given as modified**    _____
   (O)    **Refused**    _____
   (P)    **Withdrawn**    _____

**Authority: CACI VF-1903**

**SPECIAL VERDICT FORM NO. _**

**NEGLIGENT MISREPRESENTATION**

**GRUMPY BEVERAGE, LLC VERSUS GRUMPY CAT LIMITED**

We, the jury in the above-entitled action, answer the questions submitted to us as follows:

    **1.**    **Did Grumpy Cat make a false representation of a fact to Paul Sandford and/or Nick Sandford?**

          _____YES         _____NO

- If your answer to question 1 is YES, then answer question 2.
- If your answer to question 1 is NO, then stop here, answer no further questions, and have the presiding juror sign and date this form.

    **2.**    **Did Grumpy Cat honestly believe that the representation was true when Grumpy Cat made it?**

          _____YES         _____NO

- If your answer to question 2 is YES, then answer question 3.
- If your answer to question 1 is NO, then stop here, answer no further questions, and have the presiding juror sign and date this form.



1  **3.**   **Did  Grumpy  Cat  have  reasonable  grounds  for  believing  the**
2        **representation was true when Grumpy Cat made it?**

3        _____YES          _____NO

4        • If your answer to question 3 is NO, then answer question 4.

5        • If your answer to question 3 is YES, then stop here, answer no further

6          questions on this form, and have the presiding juror sign and date this

7          form.

8

9  **4.**   **Did Grumpy Cat intend that Paul Sandford and Nick Sandford rely on**
10        **the representation?**

11        _____YES          _____NO

12        • If your answer to question 4 is YES, then answer question 5.

13        • If your answer to question 4 is NO, then stop here, answer no further

14          questions on this form, and have the presiding juror sign and date this

15          form.

16

17  **5.**   **Did Paul Sandford and/or Nick Sandford reasonably rely on the**
18        **representation in forming Grumpy Beverage?**

19        _____YES          _____NO

20        • If your answer to question 5 is YES, then answer question 6.

21        • If your answer to question 5 is NO, then stop here, answer no further

22          questions on this form, and have the presiding juror sign and date this

23          form.

24

25  **6.**   **Was Paul Sandford's and Nick Sandford's reliance on Grumpy Cat's**
26        **representation  a  substantial  factor  in  causing  harm  to  Grumpy**
27        **Beverage?**

28        _____YES          _____NO



DEFENDANT'S PROPOSED VERDICT FORMS
Case No. 8:15-cv-02063-DOC-DFM

- 14 –

- If your answer to question 6 is YES, then answer question 7.
- If your answer to question 6 is NO, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

**7.    What are Grumpy Beverage's damages?**

    **a.    Past economic loss:**

        **Lost earnings:**    **$_____**

        **Lost profits:**    **$_____**

        **Total Past Economic Damages:**    **$_____**

    **b.    Future economic loss:**

        **Lost earnings:**    **$_____**

        **Lost profits:**    **$_____**

        **Total Past Economic Damages:**    **$_____**

        **TOTAL:**    **$_____**

Signed: _____
        Presiding Juror

Dated: _____

After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.



**Special Verdict Form No. _:**

| (Q) | **Given as proposed** | _____ |
| (R) | **Given as modified** | _____ |
| (S) | **Refused** | _____ |
| (T) | **Withdrawn** | _____ |

**Authority: CACI VF-304**

**SPECIAL VERDICT FORM NO. _**

**BREACH OF FIDUCIARY DUTY**

**GRUMPY BEVERAGE, LLC VERSUS GRUMPY CAT LIMITED**

We, the jury in the above-entitled action, answer the questions submitted to us as follows:

1.     **Did Grumpy Cat and Grumpy Beverage enter into a joint venture that resulted in Grumpy Cat owing a fiduciary duty to Grenade Beverage?**

   _____YES          _____NO

   - If your answer to question 1 is YES, then answer question 2.
   - If your answer to question 1 is NO, then stop here, answer no further questions, and have the presiding juror sign and date this form.

2.     **Did Grumpy Cat breach its fiduciary duty to Grumpy Beverage?**

   _____YES          _____NO

   - If your answer to question 2 is YES, then skip question 3 and answer question 4.
   - If your answer to question 2 is NO, then answer question 3.

3.     **Was Grumpy Beverage harmed by Grumpy Cat's breach of fiduciary duty?**



1          _____YES          _____NO

2               • If your answer to question 3 is YES, then answer question 4.

3               • If your answer to question 3 is NO, then stop here, answer no further

4                 questions on this form, and have the presiding juror sign and date this

5                 form.

6

7     **4.     Was Grumpy Cat's conduct a substantial factor in causing Grumpy**

8             **Beverage's harm?**

9          _____YES          _____NO

10              • If your answer to question 4 is YES, then answer question 5.

11              • If your answer to question 4 is NO, then stop here, answer no further

12                questions on this form, and have the presiding juror sign and date this

13                form.

14

15    **5.     What are Grumpy Beverage's damages?**

16

17                    TOTAL:     $_____

18

19        Signed: _____

20              Presiding Juror

21        Dated:  _____

22
      After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you
23    are ready to present your verdict in the courtroom.

24

25

26

27

28



**Special Verdict Form No. _:**

(A)     **Given as proposed**          _____
(B)     **Given as modified**          _____
(C)     **Refused**                           _____
(D)     **Withdrawn**                      _____

## SPECIAL VERDICT FORM NO. _

## PUNITIVE DAMAGES

## GRUMPY CAT LIMITED

We, the jury, answer the questions submitted to us as follows:

**1.      Did Grumpy Cat engage in conduct with malice, oppression, or fraud?**

_____YES          _____NO

- If your answer to question 1 is YES, then answer question 2.
- If your answer to question 1 is NO, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

**2.      Was the conduct constituting malice, oppression, or fraud committed by one or more officers, directors, or managing agents of Grumpy Cat while he/she/they were acting on behalf of Grumpy Cat?**

_____YES          _____NO

- If your answer to question 2 is YES, then answer question 3.
- If your answer to question 2 is NO, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

**3.      What amount of punitive damages, if any, do you award to Grumpy Beverage?**



1

2          TOTAL:        $_____

3

4

5          Signed:        _____
                          Presiding Juror

6

7          Dated:         _____

8

9  After all verdict forms have been signed, notify the [clerk/bailiff/court attendant]
   that you are ready to present your verdict in the courtroom.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Special Verdict Form No. _:**

| | | |
|---|---|---|
| (A) | **Given as proposed** | _____ |
| (B) | **Given as modified** | _____ |
| (C) | **Refused** | _____ |
| (D) | **Withdrawn** | _____ |

## SPECIAL VERDICT FORM NO. _

### INCORPORATE INTO GRUMPY CAT'S SPECIAL VERDICT FORM

We, the jury in the above-entitled action, answer the questions submitted to us as follows:

1.    **Failure to Mitigate: Should Grumpy Cat's damages for the cause of action of breach of contract be reduced because there were amounts that Grumpy Cat could have avoided with reasonable efforts or expenditures?**

_____YES          _____NO

- If your answer to question __ is YES, then answer question __.
- If your answer to question __ is NO, then stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

5.    **By what amount should Grumpy Cat's damages be reduced for failure to mitigate damages?**

TOTAL:    $_____

Signed: _____
            Presiding Juror



1

Dated: _____

2

3        After all verdict forms have been signed, notify the [clerk/bailiff/court

4    attendant] that you are ready to present your verdict in the courtroom.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



DEFENDANT'S PROPOSED VERDICT FORMS
Case No. 8:15-cv-02063-DOC-DFM

- 21 –

1

2     Dated: January 9, 2018

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

THE KINDER LAW GROUP, APC

By:   /s/ Brian P. Kinder
        Brian P. Kinder, Esq.
        State Bar No. 212332
        19200 Von Karman Ave., Fourth Floor
        Irvine, California 92612
        Telephone: (949) 216-3070
        Facsimile: (949) 216-3074
        Email: bkinder@tklglaw.com

IN ASSOCIATION WITH:

GULINO LAW OFFICE

By:   /s/ John Gulino
        John Gulino, Esq.
        2107 North Broadway, Suite 306
        Santa Ana, California 92706
        Telephone: (714) 745-1327
        Facsimile:  (714) 242-9042
        Email: GulinoLawOffice@aol.com

        Attorneys for Defendants and
        Counterclaimants Paul Sandford and
        Nick Sandford and Intervening
        Defendant and Counterclaimant Grumpy
        Beverage, LLC

