1  **MARTIN D. SINGER (Bar No. 78166)**
   mdsinger@lavelysinger.com
2  **DAVID B. JONELIS (BAR NO. 265235)**
   djonelis@lavelysinger.com
3  **JAKE A. CAMARA (BAR NO. 305780)**
   jcamara@lavelysinger.com
4  **LAVELY & SINGER**
5  **PROFESSIONAL CORPORATION**
   2049 Century Park East, Suite 2400
6  Los Angeles, California 90067-2906
7  Telephone:  (310) 556-3501
   Facsimile:  (310) 556-3615
8
   Attorneys for Plaintiff and Counterdefendant
9  GRUMPY CAT LIMITED

10          **UNITED STATES DISTRICT COURT**

11    **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

12

| | |
|---|---|
| GRUMPY CAT LIMITED, an Ohio Limited Liability Entity, | Case No:  8:15-cv-02063-DOC-DFM |
| Plaintiff, | **NOTICE OF LODGING DEPOSITION TRANSCRIPT OF KIA KAMRAN** |
| vs. | |
| GRENADE BEVERAGE LLC, a California Limited Liability Company; PAUL SANDFORD, an individual; NICK SANDFORD, an individual; and DOES 1-50, | |
| Defendants. | |
| PAUL SANDFORD, an individual; NICK SANDFORD, an individual; and GRUMPY BEVERAGE, LLC, a Texas Limited Liability Company, | Case filed:  December 11, 2015<br>FPTC:  December 18, 2017 8:30am<br>Trial date:  January 16, 2018<br>Judge:  Hon. David O. Carter |
| Counterclaimants, | |
| vs. | |
| GRUMPY CAT LIMITED, an Ohio Limited Liability Entity; and ROES 1-5, | |
| Counterdefendants. | |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF LODGING DEPO TRANSCRIPT OF KIA KAMRAN**

1    **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**

2    **HEREIN:**

3        **PLEASE TAKE NOTICE** that Plaintiff GRUMPY CAT LIMITED hereby

4    lodges the transcript of the deposition of Kia Kamran, taken January 4, 2018.

5

6
                                  Respectfully submitted,

7

8    Dated:  January 16, 2018             LAVELY & SINGER

9

10                            By:      /s/ David B. Jonelis

11                            David B. Jonelis, Esq.
                          State Bar No. 265235

12                            2049 Century Park East, Suite 2400
                         Los Angeles, California 90067

13                            Telephone: (310) 556-3501
                         Facsimile: (310) 556-3615

14                            Email: djonelis@lavelysinger.com

15                            Attorneys for Plaintiff and
                         Counterdefendant

16                            GRUMPY CAT LIMITED

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF LODGING DEPO TRANSCRIPT OF KIA KAMRAN**