FILED
CLERK, U.S. DISTRICT COURT

1/23/18

CENTRAL DISTRICT OF CALIFORNIA
BY: ___D.L.___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| GRUMPY CAT LIMITED,<br><br>          Plaintiff(s),<br><br>v<br><br>GRENADE BEVERAGE, LLC, ET AL,<br><br>          Defendant(s) | CASE NO. SA CV 15-2063-DOC (DFMx)<br><br>**REDACTED VERDICT FORM** |

# GENERAL VERDICT FORM

We, the jury, find, as to Plaintiff Grumpy Cat Limited's cause of action for Breach of Contract and Counterclaimant Grumpy Beverage, LLC's cause of action for Breach of Contract, as follows:

Please check ONLY one of the four following options:

1. In favor of Plaintiff Grumpy Cat Limited on its cause of action and against Counterclaimant Grumpy Beverage, LLC on its cause of action. ☒

-- OR --

2. In favor of Counterclaimant Grumpy Beverage, LLC on its cause of action and against Plaintiff Grumpy Cat Limited on its cause of action. ☐

-- OR --

3. In favor of both Plaintiff Grumpy Cat Limited and Counterclaimant Grumpy Beverage, LLC on their causes of action. ☐

-- OR --

4. Against both Plaintiff Grumpy Cat Limited and Counterclaimant Grumpy Beverage, LLC on their causes of action. ☐

We find that Plaintiff Grumpy Cat Limited is entitled to damages from Counterclaimant Grumpy Beverage, LLC in the following amount: $ 1.00

We find that Counterclaimant Grumpy Beverage LLC is entitled to damages from Plaintiff Grumpy Cat Limited in the following amount: $ Ø

Dated: 1/22/18        Signed: [redacted]
                             Presiding Juror

-1-

# GENERAL VERDICT FORM

We, the jury, find, as to Plaintiff Grumpy Cat Limited's cause of action for Copyright Infringement, as follows:

1. In favor of Plaintiff Grumpy Cat Limited and against the Defendant(s) as follows [Please check the appropriate box next to each named Defendant]:

|    |                       | LIABLE | NOT LIABLE |
|----|-----------------------|--------|------------|
| 1. | Paul Sandford         | ☒      | ☐          |
| 2. | Nick Sandford         | ☐      | ☒          |
| 3. | Grumpy Beverage, LLC  | ☒      | ☐          |

-- OR --

2. In favor of Defendants and against Plaintiff Grumpy Cat Limited.  ☐

In the event one or more of the Defendants is found liable to Plaintiff, we find that that Plaintiff is entitled to damages from the Defendant(s) in the following amount(s) [Enter the appropriate amount against each named Defendant and enter zero if no damages are appropriate]:

| 1. | Against Paul Sandford        | $ 30,000.00  |
|----|------------------------------|--------------|
| 2. | Against Nick Sandford        | $ 0          |
| 3. | Against Grumpy Beverage, LLC | $ 200,000.00 |
|    | TOTAL                        | $ 230,000.00 |

Dated: 1/22/18          Sign[redacted]

-2-

# GENERAL VERDICT FORM

We, the jury, find, as to Plaintiff Grumpy Cat Limited's cause of action for Trademark Infringement, as follows:

1. In favor of Plaintiff Grumpy Cat Limited and against the Defendant(s) as follows [Please check the appropriate box next to each named Defendant]:

|    |                      | LIABLE | NOT LIABLE |
|----|----------------------|--------|------------|
| 1. | Paul Sandford        | ☒      | ☐          |
| 2. | Nick Sandford        | ☐      | ☒          |
| 3. | Grumpy Beverage, LLC | ☒      | ☐          |

-- OR --

2. In favor of Defendants and against Plaintiff Grumpy Cat Limited.  ☐

In the event one or more of the Defendants is found liable to Plaintiff, we find that that Plaintiff is entitled to damages from the Defendant(s) in the following amount(s) [Enter the appropriate amount against each named Defendant and enter zero if no damages are appropriate]:

| 1. | Against Paul Sandford        | $ 30,000.00  |
|----|------------------------------|--------------|
| 2. | Against Nick Sandford        | $ 0          |
| 3. | Against Grumpy Beverage, LLC | $ 450,000.00 |
|    | TOTAL                        | $ 480,000.00 |

Dated: 1/22/18

Sig[redacted]
Presiding Juror

-- 3 --

# GENERAL VERDICT FORM

We, the jury, find, as to Counterclaimant Grumpy Beverage, LLC's cause of action for Breach of Covenant of Good Faith and Fair Dealing, as follows:

1. In favor of Counterclaimant Grumpy Beverage, LLC and against Counterdefendant Grumpy Cat Limited. ☐

-- OR --

2. In favor of Counterdefendant Grumpy Cat Limited and against Counterclaimant Grumpy Beverage, LLC. ☒

We find that that Counterclaimant Grumpy Beverage, LLC is entitled to damages from Counterdefendant Grumpy Cat Limited in the following amount:

$ 0

Dated: 1/22/18           Signed: [redacted]
                                 Presiding Juror

- 4 -

# GENERAL VERDICT FORM

We, the jury, find, as to Counterclaimant Grumpy Beverage, LLC's cause of action for Breach of Fiduciary Duty, as follows:

1. In favor of Counterclaimant Grumpy Beverage, LLC and against Counterdefendant Grumpy Cat Limited. ☐

-- OR --

2. In favor of Counterdefendant Grumpy Cat Limited and against Counterclaimant Grumpy Beverage, LLC. ☒

We find that that Counterclaimant Grumpy Beverage, LLC is entitled to damages from Counterdefendant Grumpy Cat Limited in the following amount:

$ ∅

Dated: 1/22/18

Si[redacted]
Presiding Juror

– 5 –

## GENERAL VERDICT FORM

We, the jury, find, as to Counterclaimant Grumpy Beverage, LLC's cause of action for Negligent Misrepresentation, as follows:

1. In favor of Counterclaimant Grumpy Beverage, LLC and against Counterdefendant Grumpy Cat Limited. ☐

-- OR --

2. In favor of Counterdefendant Grumpy Cat Limited and against Counterclaimant Grumpy Beverage, LLC. ☒

We find that that Counterclaimant Grumpy Beverage, LLC is entitled to damages from Counterdefendant Grumpy Cat Limited in the following amount:

$ 0

Dated: 1/22/17

Signed: [redacted]
Presiding Juror

# GENERAL VERDICT FORM

We, the jury, find, as to Counterclaimant Grumpy Beverage, LLC's cause of action for Intentional Misrepresentation, as follows:

1. In favor of Counterclaimant Grumpy Beverage, LLC and against Counterdefendant Grumpy Cat Limited. ☐

-- OR --

2. In favor of Counterdefendant Grumpy Cat Limited and against Counterclaimant Grumpy Beverage, LLC. ☒

We find that that Counterclaimant Grumpy Beverage, LLC is entitled to damages from Counterdefendant Grumpy Cat Limited in the following amount:

$ ∅

Complete the following section only if you find that Counterdefendant Grumpy Cat Limited acted with malice, oppression or fraud.

1. We award Counterclaimant Grumpy Beverage, LLC the following punitive damages:

TOTAL:   $_____

Dated: 1/22/18        Sign[redacted]

-7-