**DAVID B. JONELIS (BAR NO. 265235)**
djonelis@lavelysinger.com
**JAKE A. CAMARA (BAR NO. 305780)**
jcamara@lavelysinger.com
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Plaintiff and Counterdefendant
GRUMPY CAT LIMITED

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| GRUMPY CAT LIMITED, an Ohio Limited Liability Entity,<br><br>Plaintiff,<br><br>vs.<br><br>GRENADE BEVERAGE LLC, a California Limited Liability Company; PAUL SANDFORD, an individual; NICK SANDFORD, an individual; and DOES 1-50,<br><br>Defendants. | Case No: 8:15-cv-02063-DOC-DFM<br><br>**JUDGMENT AGAINST DEFENDANTS GRUMPY BEVERAGE, LLC AND PAUL SANDFORD** |
| PAUL SANDFORD, an individual; NICK SANDFORD, an individual; and GRUMPY BEVERAGE, LLC, a Texas Limited Liability Company,<br><br>Counterclaimants,<br><br>vs.<br><br>GRUMPY CAT LIMITED, an Ohio Limited Liability Entity; and ROES 1-5,<br><br>Counterdefendants. | Case filed: December 11, 2015<br>FPTC: December 18, 2017<br>Trial date: January 16, 2018<br>Judge: Hon. David O. Carter |

**JUDGMENT**

# **JUDGMENT**

On January 22, 2018, a jury returned a verdict in favor of Plaintiff Grumpy Cat Limited ("Plaintiff") in this action. On May 31, 2018, the Court issued findings of fact and conclusions of law on all remaining, non-abandoned, causes of action.

Because all claims and counterclaims in this action have now either been resolved or abandoned by the parties, and upon a finding by the Court that it is just, judgment shall hereby issue and be entered against Defendants GRUMPY BEVERAGE, LLC ("Grumpy Beverage") and PAUL SANDFORD (collectively, "Defendants"), as follows:

(1) Grumpy Beverage is liable to Plaintiff for copyright infringement, and is ordered to pay Plaintiff statutory copyright damages in the amount of Two Hundred Thousand Dollars ($200,000.00);

(2) Paul Sandford is liable to Plaintiff for copyright infringement, and is ordered to pay Plaintiff statutory copyright damages in the amount of Thirty Thousand Dollars ($30,000.00);

(3) Grumpy Beverage is liable to Plaintiff for trademark infringement, and is ordered to pay Plaintiff statutory trademark damages in the amount of Four Hundred Fifty Thousand Dollars ($450,000.00);

(4) Paul Sandford is liable to Plaintiff for trademark infringement, and is ordered to pay Plaintiff statutory trademark damages in the amount of Thirty Thousand Dollars ($30,000.00);

(5) Grumpy Beverage is liable to Plaintiff for breach of contract, and is ordered to pay Plaintiff nominal damages in the amount of One Dollar ($1.00);

///
///
///

1

JUDGMENT

(6) Plaintiff is awarded post-judgment interest on all unsatisfied amounts owed by Defendants under this Judgment, as well as recovery of all costs and fees incurred in execution of, enforcement and collection of this Judgment.

**IT IS SO ORDERED.**

DATED: June 8, 2018

*David O. Carter*
Honorable David O. Carter
United States District Court Judge