**DAVID B. JONELIS (BAR NO. 265235)**
djonelis@lavelysinger.com
**JAKE A. CAMARA (BAR NO. 305780)**
jcamara@lavelysinger.com
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Plaintiff and Counterdefendant
GRUMPY CAT LIMITED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| GRUMPY CAT LIMITED, an Ohio Limited Liability Entity,<br><br>        Plaintiff,<br><br>   vs.<br><br>GRENADE BEVERAGE LLC, a California Limited Liability Company; PAUL SANDFORD, an individual; NICK SANDFORD, an individual; and DOES 1-50,<br><br>        Defendants. | Case No: 8:15-cv-02063-DOC-DFM<br><br>**PLAINTIFF GRUMPY CAT LIMITED'S MOTION FOR DISCRETIONARY COSTS; DECLARATION OF JAKE A. CAMARA**<br><br>[Proposed Order filed concurrently herewith]<br><br>Date:     July 23, 2018<br>Time:    8:30 A.M.<br>Crtroom: 9D<br><br>Case filed:   December 11, 2015<br>FPTC:         December 18, 2017 8:30am<br>Trial date:   January 16, 2018<br>Judge:        Hon. David O. Carter |
| PAUL SANDFORD, an individual; NICK SANDFORD, an individual; and GRUMPY BEVERAGE, LLC, a Texas Limited Liability Company,<br><br>        Counterclaimants,<br><br>   vs.<br><br>GRUMPY CAT LIMITED, an Ohio Limited Liability Entity; and ROES 1-5,<br><br>        Counterdefendants. | |

1

**MOTION FOR DISCRETIONARY COSTS**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, on July 23, 2018 at 8:30 a.m. or as soon thereafter as this matter may be heard by the above-entitled Court, in Courtroom 9D of the United States District Court for the Central District of California, located at 411 West Fourth Street, Room 1053 Santa Ana, CA 92701-4516, Plaintiff and Counter-defendant Grumpy Cat Limited ("Plaintiff") will and hereby does move this court for an award of discretionary costs in the amount of $25,036.

This motion is made pursuant to Central District of California Local Rule 54-3.12.

This Motion is timely pursuant to FRCP 54, as it is filed within fourteen (14) days after entry of Judgment.

This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, exhibits, all records, pleadings and papers on file herein, and upon such further oral argument and/or documentary evidence as may be presented prior to or at the hearing on this Motion.

Respectfully submitted,

Dated: June 22, 2018

LAVELY & SINGER

By: /s/ Jake A. Camara
JAKE A. CAMARA
Attorneys for Plaintiff and
Counterdefendant
GRUMPY CAT LIMITED

2
**MOTION FOR DISCRETIONARY COSTS**

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Pursuant to Local Rule 54-3.12, Plaintiff Grumpy Cat Limited ("Plaintiff") respectfully moves for an order awarding Plaintiff its trial graphics costs in the amount of $25,036.

## II. THE COSTS WERE REASONABLY NECESSARY

Pursuant to Local Rule 54-3.12, upon the order of the Court, the following items may be taxed as costs:

(a) Summaries, computations, polls, surveys, statistical comparisons, maps, charts, diagrams, and other visual aids reasonably necessary to assist the jury or the Court in understanding the issues at the trial;

(b) Photographs, if admitted in evidence or attached to documents necessarily filed and served upon the opposing party; and

(c) The cost of models.

As the Court is well aware, the services and expertise of Mr. Dave Botwin of Litigations Illustrated were *instrumental* to presenting complex copyright, trademark, and breach of contract issues in a way to assist the Jury in understanding the issues at trial.

As detailed in the invoice attached hereto as Exhibit "A," Mr. Botwin's services included but were not limited to (a) creating charts and diagrams of Plaintiff's intellectual property; (b) creating visual aids and demonstrative series for use during witness testimony and opening and closing statements, (c) creation of trial exhibits; and (d) attending trial and presenting graphics, models, exhibits, and other visual aids to the Jury in real time.

/ / /
/ / /
/ / /
/ / /

1

**MOTION FOR DISCRETIONARY COSTS**

### III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant Plaintiff's motion in its entirety and award Plaintiff discretionary costs in the amount of $25,036 in this action.

Dated: June 22, 2018

Respectfully submitted,

LAVELY & SINGER
David B. Jonelis
Jake A. Camara

By:   /s/ Jake A. Camara
       Jake A. Camara

Attorneys for Plaintiff and Counter-Defendant
GRUMPY CAT LIMITED

## DECLARATION OF JAKE A. CAMARA

I, Jake A. Camara, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and am an associate with the law firm Lavely & Singer Professional Corporation, attorneys for Plaintiff Grumpy Cat Limited ("Plaintiff") herein. I am also familiar with the bills submitted to Plaintiff in this matter. I have personal and firsthand knowledge of the matters set forth in this declaration and, if called and sworn as a witness, I could and would testify competently thereto under oath.

2. A true and correct copy of the invoice from Litigations Illustrated is attached hereto as Exhibit "A."

3. As shown on the invoice, the total cost of Mr. Botwin's services totaled $25,036 ($6,000 retainer, plus $19,036 outstanding).

4. Mr. Botwin has over twenty-three years of trial graphics experience, and his services were instrumental and reasonably necessary to assist the Jury and this Court in understanding the complex issues at trial.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 22nd day of June, 2018, at Los Angeles, California.

/s/   Jake A. Camara
JAKE A. CAMARA

---

1
DECLARATION OF JAKE A. CAMARA

# EXHIBIT A



# Invoice

| Date | Invoice # |
|---|---|
| 1/30/2018 | 11198 |

Portfolio Online At: www.trialart.com
DAVE@TRIALART.COM   (818) 789-GRFX   (818) 789-5479 fax

5024 Rubio Ave
Encino, Ca 91436

| Bill To |
|---|
| Lavely & Singer |
| Attn: Martin Singer, Esq |
| 2049 Century Park East, Suite 2400 |

| P.O. Number | Terms |
|---|---|
|  | Due on receipt |

| Quantity | Item Code | Serviced | Description | Price Each | Amount |
|---|---|---|---|---|---|
| 2.5 | Trial Prep | 12/19/2017 | Trial Preparation Work - Meet at Lavely & Singer Office with D. Jonelis to discuss case preparation. Download first batch of documents to prepare for use at trial | 150.00 | 375.00 |
| 2.5 | Trial Prep | 12/20/2017 | Trial Preparation Work - Receive second batch of exhibits as PDF. Convert from PDF to TIFF files to use in Trial Software. Rotate images as needed. Convert some overly large images to smaller sizes. | 150.00 | 375.00 |
| 5 | Trial Prep | 12/21/2017 | Trial Preparation Work - Continue converting PDF exhibits to be used in trial. Had issues with Excel 'Live' files received as exhibits from Def. Files were ridiculously large and unusable. Created several options to convert the excel files to make them usable and e-mail David Jonelis to determine best solution for use at trial. | 150.00 | 750.00 |
| 1.5 | Trial Prep | 12/22/2017 | Trial Preparation Work - 11.15 phone call with D. Jonelis to discuss trial preparation. Work on Excel conversion to exhibits. Review complaint and cross complaint. | 150.00 | 225.00 |
| 7.5 | Graphics | 12/23/2017 | Graphics Work - Create 17 Slides for Demonstrative Series for "Intent". | 150.00 | 1,125.00 |
| 10 | Graphics | 12/27/2017 | Graphics Work - Create 32 Slides for Demonstrative Series "Accounting". Email Draft for review. | 150.00 | 1,500.00 |
| 2.5 | Graphics | 1/10/2018 | Graphics Work - Receive materials from Jake to create Demonstrative series for "Approvals" | 150.00 | 375.00 |
| 9.5 | Graphics | 1/11/2018 | Graphics Work - Create 17 slides for Demonstrative series "Approvals". Send First Draft. Receive fist set of revisions for Approvals. Create Demonstratives for "Exhibit 13". Receive new exhibits. Add to trial database. | 150.00 | 1,425.00 |
| 13.5 | Trial Prep | 1/12/2018 | Trial Preparation Work - Meeting Lavely & Singer at 11:15. Review Demonstratives. | 150.00 | 2,025.00 |
| 75 | Prints | 1/12/2018 | Graphics Print - Print 75 slides for Meeting at Lavely & Singer to Review graphics | 1.00 | 75.00 |

**Total**



# Invoice

| Date | Invoice # |
|---|---|
| 1/30/2018 | 11198 |

Portfolio Online At: www.trialart.com
DAVE@TRIALART.COM   (818) 789-GRFX   (818) 789-5479

5024 Rubio Ave
Encino, Ca 91436

| Bill To |
|---|
| Lavely & Singer<br>Attn: Martin Singer, Esq<br>2049 Century Park East, Suite 2400 |

| P.O. Number | Terms |
|---|---|
|  | Due on receipt |

| Quantity | Item Code | Serviced | Description | Price Each | Amount |
|---:|---|---|---|---:|---:|
| 3.5 | Trial Prep | 1/13/2018 | Trial Preparation Work - Phone call at 2pm to discuss trial graphics. Rename, convert and load additional documents not yet designated as exhibits. 3rd round of revisions to Intent and Approval demonstratives. Rename and Renumber final slides chosen | 150.00 | 525.00 |
| 2.5 | Courtroom Setup | 1/14/2018 | Prepare and pack all equipment to be used in courtroom and war room. Not knowing technology in courtroom had to pack up everything to be prepared on site. | 150.00 | 375.00 |
| 2.5 | Graphics | 1/15/2018 | Graphics Work - Create first draft of Demonstratives for Derivative | 150.00 | 375.00 |
| 18 | Trial Prep | 1/16/2018 | Trial Preparation Work - Travel to courthouse to meet attorneys at noon. At courthouse till 6pm. Create counter graphics for Kia. Prepare Trial scripts for Tabitha, Ben, Bryan and Kia - Create callouts and presentations to follow scripts. Scan exhibits. | 150.00 | 2,700.00 |
| 200 | Prints | 1/16/2018 | Graphics Print - Print 200 pages of new exhibits and demonstratives. | 1.00 | 200.00 |
| 1 | Parking | 1/16/2018 | Parking Fees at Courthouse - Had to park in building behind courthouse | 20.00 | 20.00 |
| 18 | Trial Presentation | 1/17/2018 | Trial Presentation Work - At court at 6:30 am to setup trial equipment for courtroom. Direct examination of Tabitha. Direct Exam of Ben. After court sent social media content from Kia's office. Convert social media to be able to use in trial system. Crop all Social media snippets to display properly. Add names to bottom of all Social Media to keep organized. | 150.00 | 2,700.00 |
| 500 | Prints | 1/17/2018 | Graphics Print - Print copies of all the social media. As well as revised demonstratives. | 1.00 | 500.00 |
| 1 | Parking | 1/17/2018 | Parking Fees at Courthouse | 7.00 | 7.00 |

**Total**



**Litigations Illustrated**
GRAPHIC EXPERTISE FOR THE COURTROOM

Portfolio Online At: www.trialart.com
DAVE@TRIALART.COM (818) 789-GRFX (818) 789-5479

5024 Rubio Ave
Encino, Ca 91436

# Invoice

| Date | Invoice # |
|---|---|
| 1/30/2018 | 11198 |

| Bill To |
|---|
| Lavely & Singer<br>Attn: Martin Singer, Esq<br>2049 Century Park East, Suite 2400 |

| P.O. Number | Terms |
|---|---|
|  | Due on receipt |

| Quantity | Item Code | Serviced | Description | Price Each | Amount |
|---|---|---|---|---|---|
| 24 | Trial Presentation | 1/18/2018 | Trial Presentation Work - Full Day at court. Direct exam of Kia. Cross exam of Nick and Paul Sandford. At court from 7.15am till 10.30pm. Go from court to Hotel. Setup war room in upstairs lounge. Create demonstratives for Expert Witness. Create script for expert witness cross examination. Create Script for Closing. Work at hotel all night. | 150.00 | 3,600.00 |
| 1 | Parking | 1/18/2018 | Parking Fees at Courthouse | 7.00 | 7.00 |
| 250 | Prints | 1/18/2018 | Graphics Print - Print Slides and Script for Expert exam. Print Expert Demonstratives. Print slides for closing | 1.00 | 250.00 |
| 11 | Trial Presentation | 1/19/2018 | Trial Presentation Work - Full Day at court. Finish Sandford Cross. Cross of Expert Witness. Stay at court to complete jury instructions. | 150.00 | 1,650.00 |
| 1 | Parking | 1/19/2018 | Parking Fees at Courthouse | 7.00 | 7.00 |
| 2.5 | Trial Prep | 1/20/2018 | Trial Preparation Work - Review final of jury instructions and create notes and comments for closing. | 150.00 | 375.00 |
| 11 | Trial Prep | 1/21/2018 | Trial Preparation Work - Travel to Hotel and setup war room in conference room. Setup Projector and screen for closing practice. Finish final changes to closing script at 3am. | 150.00 | 1,650.00 |
| 188 | Prints | 1/21/2018 | Graphics Print - Print closing scripts and closing slides for exchange | 1.00 | 188.00 |
| 11 | Trial Presentation | 1/22/2018 | Trial Presentation Work - Full day at court. Closing arguments. Pack up courtroom equipment and clear out courtroom. Jury deliberation and decision | 150.00 | 1,650.00 |
| 1 | Parking | 1/22/2018 | Parking Fees at Courthouse | 7.00 | 7.00 |
| 1 | Memo | 1/3/2018 | Receive Retainer Check for Trial | -6,000.00 | -6,000.00 |

| Total | $19,036.00 |
|---|---|