Name BRIAN KINDER (SBN212332) THE KINDER LAW GR.
Address 19200 VON KARMAN AVE., FOURTH FLOOR
City, State, Zip IRVINE, CALIFORNIA 92612
Phone (949) 216-3070
Fax (949) 216-3074
E-Mail bkinder@tklglaw.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Grumpy Cat LIMITED, an Ohio Limited Liability Entity,

PLAINTIFF(S),

v.

GRENADE BEVERAGE LLC, a California Limited Liability Company; et al.

DEFENDANT(S).

CASE NUMBER:

8:15-cv-02063-DOC-DFM

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that   Grumpy Beverage, LLC and Paul Sandford   hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify): JUDGMENT AGAINST DEFENDANTS GRUMPY BEVERAGE, LLC AND PAUL SANDFORD (DKT 153)

☐ Other (specify):

Imposed or Filed on   June 8, 2018  . Entered on the docket in this action on June 8, 2018  .

A copy of said judgment or order is attached hereto.

July 3, 2018
Date

Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

# EXHIBIT A

| | |
|---|---|
| **DAVID B. JONELIS (BAR NO. 265235)**<br>djonelis@lavelysinger.com<br>**JAKE A. CAMARA (BAR NO. 305780)**<br>jcamara@lavelysinger.com<br>**LAVELY & SINGER**<br>**PROFESSIONAL CORPORATION**<br>2049 Century Park East, Suite 2400<br>Los Angeles, California 90067-2906<br>Telephone: (310) 556-3501<br>Facsimile: (310) 556-3615<br><br>Attorneys for Plaintiff and Counterdefendant<br>GRUMPY CAT LIMITED | JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| GRUMPY CAT LIMITED, an Ohio Limited Liability Entity,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GRENADE BEVERAGE LLC, a California Limited Liability Company; PAUL SANDFORD, an individual; NICK SANDFORD, an individual; and DOES 1-50,<br><br>　　　　　Defendants. | Case No: 8:15-cv-02063-DOC-DFM<br><br>**JUDGMENT AGAINST DEFENDANTS GRUMPY BEVERAGE, LLC AND PAUL SANDFORD** |
| PAUL SANDFORD, an individual; NICK SANDFORD, an individual; and GRUMPY BEVERAGE, LLC, a Texas Limited Liability Company,<br><br>　　　　　Counterclaimants,<br><br>　　vs.<br><br>GRUMPY CAT LIMITED, an Ohio Limited Liability Entity; and ROES 1-5,<br><br>　　　　　Counterdefendants. | Case filed:　December 11, 2015<br>FPTC:　　　　December 18, 2017<br>Trial date:　　January 16, 2018<br>Judge:　　　　Hon. David O. Carter |

**JUDGMENT**

# JUDGMENT

On January 22, 2018, a jury returned a verdict in favor of Plaintiff Grumpy Cat Limited ("Plaintiff") in this action. On May 31, 2018, the Court issued findings of fact and conclusions of law on all remaining, non-abandoned, causes of action.

Because all claims and counterclaims in this action have now either been resolved or abandoned by the parties, and upon a finding by the Court that it is just, judgment shall hereby issue and be entered against Defendants GRUMPY BEVERAGE, LLC ("Grumpy Beverage") and PAUL SANDFORD (collectively, "Defendants"), as follows:

(1) Grumpy Beverage is liable to Plaintiff for copyright infringement, and is ordered to pay Plaintiff statutory copyright damages in the amount of Two Hundred Thousand Dollars ($200,000.00);

(2) Paul Sandford is liable to Plaintiff for copyright infringement, and is ordered to pay Plaintiff statutory copyright damages in the amount of Thirty Thousand Dollars ($30,000.00);

(3) Grumpy Beverage is liable to Plaintiff for trademark infringement, and is ordered to pay Plaintiff statutory trademark damages in the amount of Four Hundred Fifty Thousand Dollars ($450,000.00);

(4) Paul Sandford is liable to Plaintiff for trademark infringement, and is ordered to pay Plaintiff statutory trademark damages in the amount of Thirty Thousand Dollars ($30,000.00);

(5) Grumpy Beverage is liable to Plaintiff for breach of contract, and is ordered to pay Plaintiff nominal damages in the amount of One Dollar ($1.00);

/ / /

/ / /

/ / /

  (6) Plaintiff is awarded post-judgment interest on all unsatisfied amounts owed by Defendants under this Judgment, as well as recovery of all costs and fees incurred in execution of, enforcement and collection of this Judgment.

**IT IS SO ORDERED.**

DATED: June 8, 2018

*David O. Carter*
_____
Honorable David O. Carter
United States District Court Judge