**DAVID B. JONELIS (BAR NO. 265235)**
djonelis@lavelysinger.com
**JAKE A. CAMARA (BAR NO. 305780)**
jcamara@lavelysinger.com
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone:  (310) 556-3501
Facsimile:  (310) 556-3615

Attorneys for Plaintiff and Counterdefendant
GRUMPY CAT LIMITED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| GRUMPY CAT LIMITED, an Ohio Limited Liability Entity,<br><br>Plaintiff,<br><br>vs.<br><br>GRENADE BEVERAGE LLC, a California Limited Liability Company; PAUL SANDFORD, an individual; NICK SANDFORD, an individual; and DOES 1-50,<br><br>Defendants. | Case No:  8:15-cv-02063-DOC-DFM<br><br>**PLAINTIFF GRUMPY CAT LIMITED'S NOTICE OF ERRATA RE:**<br><br>**(1)  NOTICE OF MOTION FOR ATTORNEY'S FEES; AND**<br><br>**(2)  NOTICE OF MOTION FOR DISCRETIONARY COSTS**<br><br>Date:      July 23, 2018<br>Time:      8:30 A.M.<br>Crtroom:  9D |
| PAUL SANDFORD, an individual; NICK SANDFORD, an individual; and GRUMPY BEVERAGE, LLC, a Texas Limited Liability Company,<br><br>Counterclaimants,<br>vs.<br><br>GRUMPY CAT LIMITED, an Ohio Limited Liability Entity; and ROES 1-5,<br><br>Counterdefendants. | Case filed:  December 11, 2015<br>FPTC:         December 18, 2017<br>                    8:30am<br>Trial date:   January 16, 2018<br>Judge:        Hon. David O. Carter |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiff GRUMPY CAT LIMITED's June 22, 2018 Notice of Motion For Attorneys' Fees [Dkt. 156] and Notice of Motion For Discretionary Costs [Dkt. 157] inadvertently omitted the following statement:

**"This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 7, June 8, and June 15, 2018."**

Respectfully submitted,

Dated:  July 9, 2018

LAVELY & SINGER, P.C.
David B. Jonelis
Jake A. Camara

By:   /s/ Jake A. Camara
    JAKE A. CAMARA
Attorneys for Plaintiff and Counter-Defendant
GRUMPY CAT LIMITED

1

**NOTICE OF ERRATA RE NTC OF MOTIONS FOR FEES AND COSTS**